michelleycoe@aol.com

08/20/2007 04:00 PM

Re: Request to Reconsider Motion to Quash

Refco, Inc. (05-60006)

FILED
U.S. BANKRUPTCY COURT

2007 AUG 20  P 5: 04

S.D.N.Y.

Please inform the appropriate parties that I intend to appeal this order.

Thank you,
Michelle Y. Coe
10911 S.
W 224th Lane
Miami, Florida 33170
305-726-7381