UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/28/08

---

**In Re Refco, Inc.**

**Debtor Refco, Inc. Appellant**

**Appellee RJM, LLC as Plan Administrator for Refco, Inc.**

---

Case No.
07-cv-010708 (RJS)

ORDER

RICHARD J. SULLIVAN, District Judge:

It is hereby ORDERED, that appellant's brief shall be filed not later than April 18, 2008. Appellee's response shall be filed not later than May 9, 2008.

Appellant's reply, if any, to be filed by May 16, 2008.

Dated: March 26, 2008
New York, New York

Richard J. Sullivan
UNITED STATES DISTRICT JUDGE