UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

*In re* Refco, Inc.,

*Debtor* Refco, Inc.,

Michelle Y. Coe, *Appellant*

v.

RJM, LLC as Plan Administrator for Refco, Inc.,
*Appellee*

No. 07 Civ. 10708 (RJS)

ORDER



RICHARD J. SULLIVAN, District Judge:

On March 26, 2008, this Court ordered that Appellant's brief be filed not later than April 18, 2008. On June 23, 2008, this Court received a request from Michelle Y. Coe requesting a pre-hearing conference as well as an enlargement of time to respond, dated March 12, 2008.

Accordingly, it is hereby ORDERED that Appellant's request for a pre-hearing conference is DENIED. Appellant's request for an extension of time to respond is hereby GRANTED. It is further ORDERED that Appellant's brief shall be filed not later than August 11, 2008. Appellee's response shall be filed not later than September 11, 2008. Appellant's reply, if any, to be filed by September 25, 2008. Appellant is advised that no further extensions will be granted absent a showing of compelling circumstances.

SO ORDERED.

Dated:   July 11, 2008
         New York, New York

RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE